# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 14-10610-PJW |
| PURSUIT CAPITAL MANAGEMENT, LLC, | Chapter 7 |
| Debtor.[1] | Hon. Peter J. Walsh |

## AMENDED CREDITOR MATRIX

---

[1] The last four digits of the Debtor's federal tax identification number are 8234. The Debtor's mailing address and corporate headquarters is 34 East Putnam Avenue, Suite 113 Greenwich, CT 06830.

| | | |
|---|---|---|
| Delaware Dept. of Justice<br>Attn: Bankruptcy Dept.<br>820 N. French St., 6th Floor<br>Wilmington, DE 19801 | Delaware Division of Revenue<br>Attn: Zillah A. Frampton<br>820 N. French St.<br>CSOB, 8th Floor<br>Wilmington, DE 19801 | Delaware Secretary of the State<br>Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 |
| Delaware Secretary of the Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 | Delaware Secretary of the Treasury<br>P.O. Box 898<br>Dover, DE 19903 | Office of the U.S. Trustee Delaware<br>Attn: Tiiara N A Patton, Esq.<br>844 King St., Suite 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |
| Office of the U.S. Attorney General<br>Attn: Joseph R. Biden III<br>Carvel State Office Building<br>820 N. French St.<br>Wilmington, DE 19801 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St. NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Attn: Daniel M. Hawke, Regional Director<br>The Mellon Independence Center<br>701 Market St.<br>Philadelphia, PA 19106-1532 |
| Securities & Exchange Commission<br>Attn: George S. Canellos<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | U.S. Attorney's Office<br>Attn: Charles Oberly C/O Ellen Slights<br>1007 Orange St Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | Alpha Beta Capital Partners, L.P.<br>370 Lexington Avenue, Suite 1706<br>New York, NY 10017 |
| Storch Amini & Munves PC<br>Edward P. Dolido, Esq.<br>140 East 45th Street<br>New York, NY 10017 | Reed Smith LLP<br>599 Lexington Avenue, Fl. 22<br>New York, NY 10022 | Claridge Associates, LLC<br>C/O Leonard Barsky<br>85 South Centre Avenue<br>Rockville Centre<br>New York, NY 11570 |
| Jamiscott LLC<br>C/O Scott Schneider<br>15 West 53rd St., Apt 24B<br>New York, NY 10019 | Leslie Schneider<br>204 Old Montauk Highway<br>Montauk, NY 11954 | Lillian And Leonard Schneider<br>1089 S. Ocean Blvd.<br>Palm Beach, FL 33480 |
| Harris, O'Brien, et al.<br>J. Harris, A. Sakin<br>P. Colinet, Esq.<br>111 Broadway, Suite 1502<br>New York, NY 10006 | Furman Kornfeld & Brennan LLP<br>C/O Evan W. Bolla, Esq.<br>61 Broadway, 26th Floor<br>New York, NY 10006 | R. Abrahams, M. Moses, S. Roth & Zabel<br>919 Third Avenue<br>New York, NY 10022 |
| Office of the Attorney General<br>George Jepsen, Esq.<br>55 Elm Street<br>Hartford, CT 06106 | Office of the Attorney General<br>Joseph R. Beau Biden III, Esq.<br>Carvel State Office Building<br>820 N. French St.<br>Wilmington, DE 19801 | State of CT Dept. of Revenue Services<br>25 Sigourney Street<br>Hartford, CT 06106 |
| Anthony Schepis*<br>34 East Putnam Avenue<br>Suite 113<br>Greenwich, CT 06830 | Frank Canelas*<br>34 East Putnam Avenue<br>Suite 113<br>Greenwich, CT 06830 | |

*Additional creditors added to the matrix.