**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PURSUIT CAPITAL MANAGEMENT, LLC, | : | |
| | : | Case No. 14-10610 (PJW) |
| Debtor. | : | |
| _____ | : | |

**RESPONSE OF ALPHA BETA CAPITAL PARTNERS, L.P.,**
**TO SCHNEIDERS' MOTION TO COMPEL COMPLIANCE WITH**
**COURT ORDERS AND FOR RELIEF FROM AUTOMATIC STAY**

Alpha Beta Capital Partners, L.P. ("Alpha Beta"), submits this response to the motion of

Claridge Associates, LLC, Jamiscott, LLC, Leslie Schneider, Lillian Schneider and the Estate of

Leonard Schneider (collectively, the "Schneiders") to Compel Compliance with Court Orders

and for Relief from the Automatic Stay (the "Schneiders' Motion").

1.      Alpha Beta is, upon information and belief, the only substantial non-insider

creditor of the Debtor other than the Schneiders.  The Schneiders' Motion seeks (1) to compel

the Debtor to transfer funds held by one of its affiliates to the Schneiders, and (2) to lift the

automatic stay so that they can pursue, for their own benefit, various fraudulent transfer claims.

2.      The relief the Schneiders seek would serve to favor one group of creditors

(themselves) over all other creditors of the Debtor's estate.  While Alpha Beta believes that the

Schneiders have identified potentially meritorious claims, those claims are more properly

pursued by the Trustee or otherwise for the benefit of the estate rather than for the sole benefit of

one group of creditors.

3.      While the Trustee has responded to the Schneiders' Motion by suggesting that the

Schneiders could pursue the litigation on their own (albeit for the benefit of the Estate, rather

than for themselves alone) or, alternatively, that this case be dismissed, we respectfully urge that

the best course of action is that the Trustee pursue the claim on behalf of the Estate.  This Court

is the only proper forum in which all of the claims against the Debtor's insiders should be

pursued.  Indeed, those insiders have chosen to be in this forum by commencing this bankruptcy

case and cannot now complain.  While the Trustee's response to the motion states that the Estate

lacks funds to pursue the litigation itself, we understand that the Schneiders have offered to

pursue the litigation on behalf of the Estate (subject to reimbursement from any recovery) and

that is a far better solution as it will leave the control of the litigation in the hands of the Trustee.

4.       Alpha Beta respectfully submits that the case should not be dismissed and that the

Trustee be directed to pursue these claims directly on behalf of the Estate, either by retaining the

Schneiders' counsel for that purpose, or otherwise.

Dated:  September 2, 2014                              Respectfully submitted,
Wilmington, Delaware

                                   REED SMITH LLP

                                   By:     /s/ J. Cory Falgowski
                                   J. Cory Falgowski (No. 4546)
                                   1201 Market Street, Suite 1500
                                   Wilmington, DE 19801
                                   Telephone: (302) 778-7522
                                   Facsimile: (302) 778-7575
                                   Email: jfalgowski@reedsmith.com

                                   Counsel for Alpha Beta Capital Partners, L.P.