## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PURSUIT CAPITAL MANAGEMENT, LLC, | : | |
| | : | Case No. 14-10610 (PJW) |
| Debtor. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF CLARIDGE ASSOCIATES, LLC, JAMISCOTT, LLC, LESLIE SCHNEIDER, LILLIAN SCHNEIDER AND THE ESTATE OF LEONARD SCHNEIDER TO FIND THE DEBTOR REMAINS GENERAL PARTNER OF THE PURSUIT CAPITAL MANAGEMENT FUND I, L.P. AND TO COMPEL COMPLIANCE WITH COURT ORDERS AND REPRESENTATIONS OF THE DEBTOR [D.I. 22]**

Claridge Associates, LLC, Jamiscott, LLC, Leslie Schneider, Lillian Schneider, and the Estate of Leonard Schneider (collectively, the "Claimants"), by and through undersigned counsel, hereby withdraws the *Emergency Motion to Find the Debtor Remains General Partner of the Pursuit Capital Management Fund I, L.P. and to Compel Compliance with Court Orders and Representations of the Debtor* [Docket No. 22] filed on August 4, 2014.

Dated: October 14, 2014

DILWORTH PAXSON LLP

By:  /s/ Jesse N. Silverman
Lawrence McMichael
Christie Comerford
Jesse Silverman (DE #5446)
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7284
Facsimile: (215) 575-7200

-and-

One Customs House, Suite 500
704 King Street
Wilmington, Delaware  19801
Telephone:  (302) 571-9800
Facsimile:  (302) 571-8875

*Attorneys for Claridge Associates, LLC, Jamiscott, LLC, Leslie Schneider, Lillian Schneider and the Estate of Leonard Schneider*

117686346_1