**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| PURSUIT CAPITAL MANAGEMENT, LLC, | : |
| | : Case No. 14-10610 (PJW) |
| Debtor. | : |
| | : **Re: Docket No. 33** |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF CLARIDGE ASSOCIATES, LLC, JAMISCOTT, LLC, LESLIE SCHNEIDER, LILLIAN SCHNEIDER AND THE ESTATE OF LEONARD SCHNEIDER TO FIND THE DEBTOR REMAINS GENERAL PARTNER OF THE PURSUIT CAPITAL MANAGEMENT FUND I, L.P. AND TO COMPEL COMPLIANCE WITH COURT ORDERS AND REPRESENTATIONS OF THE DEBTOR [D.I. 33]**

Claridge Associates, LLC, Jamiscott, LLC, Leslie Schneider, Lillian Schneider, and the Estate of Leonard Schneider (collectively, the "Claimants"), by and through undersigned counsel, hereby withdraws the *Emergency Motion to Find the Debtor Remains General Partner of the Pursuit Capital Management Fund I, L.P. and to Compel Compliance with Court Orders and Representations of the Debtor* [Docket No. 33] filed on September 12, 2014.

| | |
|---|---|
| Dated: October 16, 2014 | DILWORTH PAXSON LLP |
| | By: /s/ Jesse N. Silverman |
| | Lawrence McMichael |
| | Christie Comerford |
| | Jesse Silverman (DE #5446) |
| | 1500 Market Street, Suite 3500E |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 575-7284 |
| | Facsimile: (215) 575-7200 |
| | |
| | -and- |
| | |
| | One Customs House, Suite 500 |
| | 704 King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-9800 |
| | Facsimile: (302) 571-8875 |
| | |
| | *Attorneys for Claridge Associates, LLC, Jamiscott, LLC, Leslie Schneider, Lillian Schneider and the Estate of Leonard Schneider* |

117691691_1