IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| PURSUIT CAPITAL MANAGEMENT, LLC, ) | |
| ) | |
| Debtors ) | Case No. 14-10610 (PJW) |
| ) | |

**NOTICE OF CHANGE FROM NO ASSET
TO ASSET AND REQUEST TO THE CLERK TO
FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE**

JEOFFREY L. BURTCH, the Trustee in the above captioned matter, after due inquiry, having discovered assets, hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

/s/ Jeoffrey L. Burtch
Jeoffrey L. Burtch
Chapter 7 Panel Trustee
P. O. Box 549
Wilmington, DE 19899-0549
(302) 984-3800

Date: December 8, 2014