## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| PURSUIT CAPITAL MANAGEMENT, LLC | ) Case No. 14-10610 (LSS) |
| Debtors. | ) |
| | ) **Re: Docket No. 66** |
| | ) |

## ORDER WITH RESPECT TO MOTION FOR AN ORDER
## APPROVING AGREEMENT TO SETTLE, TRANSFER AND ASSIGN
## CERTAIN CLAIMS, RIGHTS AND INTERESTS [D.I. 66]

WHEREAS, on March 2, 2015, the chapter 7 Trustee filed his Motion for an Order
Approving Agreement to Settle, Transfer and Assign Certain Claims, Rights and Interests
("Motion to Settle") [D.I. 66]; and

WHEREAS, on March 12, 2015, Pursuit Capital Management Fund I, L.P., Pursuit
Opportunity Fund I, L.P., Pursuit Investment Management, LLC, Francis Canelas Jr., and
Anthony Schepis (the "Pursuit Parties") filed their Preliminary Objection to the Motion to Settle
[D.I. 67] together with their Motion for Continuance of Hearing ("Objection") [D.I. 84] ; and

WHEREAS, on March 23, 2015, Claridge Associates, LLC, Estate of Leonard Schneider,
Jamiscott, LLC, Leslie Schneider, Lillian Schneider (the "Claridge Parties") filed their Motion to
Quash a Subpoena Served on Jonathan Harris, Esq. and Purportedly Served on Lillian Schneider,
and for a Protective Order Preventing Further Service Absent Court Approval [D.I. 79]; and

WHEREAS, on March 26, 2015, Alpha Beta Capital Partners, L.P. ("Alpha Beta") filed
its Motion to Quash Subpoena [D.I. 89]; and

WHEREAS, thereafter the court received a series of letters regarding a discovery dispute
among the parties [D.I. 104, 106, 107, 108] and

WHEREAS, the court conducted a hearing with respect to the motions on April 2, 2015 (the "April 2 Hearing") and a telephonic hearing with respect to the letters on April 17, 2015 (the "April 17 Teleconference");

NOW THEREFORE, IT IS HEREBY ORDERED for the reasons set forth on the record:

1.      Documents to be produced by Alpha Beta Parties and the Claridge Parties as set forth on the record at the April 2 Hearing shall be served no later than April 10, 2015.

2.      Depositions as permitted by the Court at the April 2 Hearing and the April 17 Teleconference shall be taken the week of April 27, 2015. Attendance at the depositions shall be governed by Del. Bankr. L.R. 7030-1.

3.      The Pursuit Parties shall file their final objection to the Motion to Settle on or before May 13, 2015.

4.      Any reply to the final objection shall be filed on or before May 20, 2015.

5.      The hearing on the Motion to Settle is continued to June 3, 2015 at 10:00 a.m.

6.      The Motion to Settle is subject to higher and better bids/offers. The Pursuit Parties (or any subset thereof) may make any such bid/offer on or before May 13, 2015. Such bid/offer may be for whatever assets the estate may have and may take whatever form the offering party may choose. The chapter 7 Trustee shall entertain any and all such offers and take actions with respect thereto consistent with his duties under the United States Bankruptcy Code.

7.      To the extent the Pursuit Parties want any further discovery with respect to the Trustee's negotiation of the agreement that is the subject of the Motion to Settle, the Pursuit Parties must file a memorandum of law with support for the position,

2

set forth in the Objection, that a Trustee is required to "treat similarly situated

parties similarly" in connection with his negotiation of the Motion to Settle,

which is subject to higher and better offers. Any such memorandum shall be filed

by May 1, 2015.

BY THE COURT:

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

Dated: April 21, 2015
Wilmington, Delaware